**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01825-AP

LAURA MEDINA,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL**

**For Plaintiff:**

Gail C. Harriss
Dawes and Harriss, P.C.
450 S. Camino del Rio, #201
Durango, CO 81301
Phone: (970) 247-4411
Fax: (970) 403-1179
Gch@dawesandharriss.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **8/2/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **8/16/10.**
   C. Date Answer and Administrative Record Were Filed**: 10/15/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:        12/20/10**
   B. Defendant's Response Brief Due**:    1/31/11**
   C. Plaintiff's Reply Brief (If Any) Due**: 2/15/11**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.    Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

     DATED this 4th day of November, 2010.

                                      BY THE COURT:

                                      <u>*s/John L. Kane*</u>          
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Gail C. Harriss**
Gail C. Harriss
Dawes and Harriss, P.C.
450 S. Camino del Rio, #201
Durango, CO 81301
Phone: (970) 247-4411
Fax: (970) 403-1179
Gch@dawesandharriss.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov