IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01825-CMA

LAURA MEDINA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER APPROVING STIPULATED MOTION FOR AWARD
OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412**

The Court has reviewed the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) (Doc. # 22), dated August 26, 2011. Based upon the motion, the Court hereby ORDERS as follows:

1) The Stipulated Motion for Attorney Fees (Doc. # 22) pursuant to the EAJA is GRANTED and approved;

2) Defendant is ordered to pay **$6,000.00** to Plaintiff for attorney fees pursuant to the EAJA;

3) Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel;

4) Payment of the $6,000.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case; and

5)     This award is **without prejudice** to the right of Plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED: August   30  , 2011

                              BY THE COURT:

                              *[signature: Christine M. Arguello]*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge